UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA NORDQUIST,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

_____/

Case No. 21-cv-12916

U.S. District Court Judge
Gershwin A. Drain

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (ECF NO. 18), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15), AND AFFIRMING COMMISSIONER OF SOCIAL SECURITY'S DECISION**

On December 14, 2021, Plaintiff Christina Nordquist initiated this action against Kilolo Kijakazi, the Commissioner of Social Security, to appeal the denial of her Disability Insurance Benefits and Supplemental Security Income. ECF No. 1, PageID.1. Presently before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 12), filed on June 20, 2022, and Defendant's Motion for Summary Judgment (ECF No. 15), filed on August 15, 2022. Neither party responded to their

1

opponent's motion for summary judgment in the time allotted by E.D. Mich. LR 7.1(e)(2).

The Court referred the matter to Magistrate Judge Curtis Ivy, Jr. (ECF No. 3), who issued a Report and Recommendation on January 20, 2023, recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF No. 12) and grant Defendant's Motion for Summary Judgment (ECF No. 15). ECF No. 18. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing, the record, and the Magistrate Judge's Report and Recommendation, the Court determines that the Magistrate Judge reached the correct conclusion. Therefore, the Court will accept and adopt Magistrate Judge Ivy's January 20, 2023 Report and Recommendation (ECF No. 18) as this Court's findings of fact and conclusions of law. The Court will thus deny Plaintiff's Motion for Summary Judgment (ECF No. 12) and grant Defendant's Motion for Summary Judgment (ECF No. 15).

Accordingly, for the reasons stated above, **IT IS HEREBY ORDERED** that the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Ivy's January 20, 2023 Report and Recommendation (ECF No. 18) as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

    s/Gershwin A. Drain
    GERSHWIN A. DRAIN
    UNITED STATES DISTRICT JUDGE

Dated: February 8, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 8, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

3